JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.29.14

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GENE EATON,<br><br>Petitioner,<br><br>vs.<br><br>LOUIS J. MILUSNIC, Warden,<br><br>Respondent. | Case No. CV 14-2600-AG (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing Action without Prejudice for Lack of Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: April 27, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE